IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

    Petitioner,                    No. CIV S-07-0516 GEB DAD P

    vs.

J. SUBIA, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's amended application filed on December 17, 2007.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's amended application within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the amended application. See Rule 5, Fed. R. Governing § 2254 Cases;

       2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

       3. If the response to petitioner's amended application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

       4. The Clerk of the Court shall serve a copy of this order, a copy of petitioner's amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Docket No. 10), and the court's form regarding consent or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: November 5, 2008.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
eich0516.100rev

2