IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE EICHLER,

    Petitioner,        No. CIV S-07-0516 GEB DAD P

    vs.

J. SUBIA, et al.,

    Respondents.        ORDER

_____/

    Petitioner has filed his second request for the appointment of counsel. As the court noted in its order, filed on December 7, 2007, there is no absolute right to the appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). At this time, the court does not find that the interests of justice require the appointment of counsel.

    Accordingly, IT IS HEREBY ORDERED that petitioner's December 11, 2008 request for the appointment of counsel (Docket No. 18) is denied.

DATED: December 30, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
eich0516.110sec

1